IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC MOSELEY, LASHAWN GOOD,
DARRIAN MAHONEY, DESMEND
WILLIAMS, DANNY HOWARD and
ANTONIO WILBURN,

    Plaintiffs,

v.

KAREN, et al.

    Defendants.

ORDER

Case No. 26-cv-28-jdp

Plaintiffs have filed a proposed civil complaint, but plaintiffs Eric Moseley, Lashawn Good, Desmend Williams, Danny Howard and Antonio Wilburn have neither paid the filing fee, nor requested leave to proceed without prepayment. For this case to proceed, plaintiffs Mosely, Good, Williams, Howard and Wilburn must pay the $405 filing fee or submit a properly supported motion for leave to proceed without prepayment.

A motion for leave to proceed without prepayment must be accompanied by a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2). If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. §

Plaintiff Darrian Mahoney has requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2). For this case to proceed, plaintiff Darrian Mahoney must submit a certified trust fund account

statement no later than February 12, 2026. If I find that plaintiff Mahoney is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff Mahoney will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that;

1. Plaintiffs Eric Moseley, Lashawn Good, Desmend Williams, Danny Howard and Antonio Wilburn may have until February 12, 2026 to each submit the $405 filing fee or a motion for leave to proceed without prepayment and a trust fund account statement for the period beginning approximately July 12, 2026 and ending approximately January 12, 2026.

2. Plaintiff Darrian Mahoney may have until February 12, 2026 to submit a certified trust fund account statement for the period beginning approximately July 12, 2025 and ending approximately January 12, 2026.

3. If a plaintiff fails to respond to this order February 2, 2026, then I will assume that plaintiff wishes to withdraw from this action voluntarily.

Entered this 21st day of January, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge